IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-cr-00412-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHELLE KAY ROSS,

    Defendant.

---

### ORDER: ADDING CONDITION OF RELEASE

---

The Defendant shall avoid all contact, directly or indirectly, with Roger Rupelluis.

Dated in Grand Junction, Colorado this 19th day of August, 2010.

    BY THE COURT:

    s/ Gudrun J. Rice

    _____
    Gudrun J. Rice
    United States Magistrate Judge